NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TARIKU H. KEIRA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3082

---

Petition for review of the Merit Systems Protection Board in AT3443090686-I-1.

---

**ON MOTION**

---

**O R D E R**

Office of Personnel Management moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The revised official caption is reflected above.

(2)  The Board's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**MAY 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Tariku H. Keira
     Michael D. Austin, Esq.
     Chad Bungard, Esq. (Copy of Petitioner's Informal Brief Enclosed)

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 8 2010

JAN HORBALY
CLERK